

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-21-00394-CV

Adalgiza **MARCIA**,
Appellant

v.

Derly **MASCORRO**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-20-170
Honorable Orlando Rodriguez, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Reply Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court